**MEMORANDUM**

DATE:   May 4, 2004

TO:     Deputy Clerk
        Miscellaneous Business Docket

FROM:   Nancy M. Rojas
        Financial Litigation Unit
        U.S. Attorney's Office

RE:     <u>**U.S. v. JAIME R. ESTE-MCDONALD**</u>

    Attached is a certified copy of the above Judgment that was entered in Essex County Superior Court.

    Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 49 Brewster Street, North Andover, MA 01845.

    Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment; we just need to file a certified and attested copy of the judgment.

    If you have any questions, please contact me at (617) 748-3288. Thank you for your attention to this matter.

Attachment

MBD No.  **04 MBD 10136**

Dated:   5/6/04

## Commonwealth of Massachusetts
### County of Essex
### The Superior Court

CIVIL DOCKET# ESCV2002-00354

Sallie Mae Servicing LP
vs.
Jaime R Este McDonald

04 MBD 10136

### JUDGMENT BY DEFAULT UPON REQUEST TO THE CLERK
### MASS. R. CIV. P. 55(B)1

Pursuant to Mass. R. Civ. P. 55(b)(1) upon request of the plaintiff and upon affidavits duly filed by said plaintiff, in the above entitled action,

It is hereby **ORDERED**:

Judgment for the plaintiff, Sallie Mae Servicing, LP, on default of the defendant, Jaime R. Este McDonald, for failure to plead or otherwise defend against the complaint, in the sum of **$50,403.53** which includes interest thereon through May 23, 2002 in the amount of $4,841.99, accrued at a variable rate as set forth in the memorandum of damages, with costs.

Dated at Newburyport, Massachusetts this 18th day of December, 2002.

Thomas H. Driscoll Jr.,
Clerk of the Courts

By: *[signature]*
Assistant Clerk

RECEIVED
MAY 19 2003
BY SMSC BNK/LIT UNIT

cvddfl55b1.wpd 340579 affid doylejod

A TRUE COPY, ATTEST
*[signature]*
DEPUTY ASST. CLERK

**Sallie Mae Servicing**

PO BOX 6228
INDIANAPOLIS IN 46206

(800) 251-4127

SUPERIOR COU R T
CIVIL CLERKS OFFICE
34 FEDERAL ST
SALEM          MA    01970

ACCOUNT NUMBER: 5800110097301

Dear SUPERIOR COU R T,                                             05/21/03

## ASSIGNMENT OF JUDGMENT

I, DIANE E KLINGES, representing the Student Loan
Marketing Association/Loan Servicing Center/Pennsylvania (Sallie Mae) of
220 Lasley Avenue, City of Wilkes-Barre, County of Luzerne, State of
Pennsylvania, in consideration of the sum of $50,403.53, receipt of
which is acknowledged, paid to me by the United States of America, the
assignee, hereby assign the judgment, recovered by Sallie Mae
on 12/18/02, docketed in ESSEX COUN, Case No. ESCV2002-00354,
against  JAIME R ESTE MCDONALD,  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-1, for
$50,403.53 (amount of judgment, indicating treatment of interest,
court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and
receive, and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The Servicing Center/Pennsylvania address is:  P.O. Box 9400,
Wilkes-Barre, PA 18733-9400.  Phone:  (570) 821-3600.

The DHHS address is: Department of Health and Human Services, Debt
Management Branch, 5600 Fishers Lane, Room 2-B-60, Rockville, MD  20857,
(301) 443-1782.

I have executed this assignment at Loan Servicing Center/Pennsylvania
the  21ST of MAY, 2003.

_____Diane E Klinges_____
(Signature)

Sworn before me this __21__ day of __May__, 20__03__.

__Diane E Klinges__  Affiant __✓__ is known to me personally
                              ____ provided valid identification
NOTARIAL SEAL Type of identification provided:
Debra O'Day, Notary Public
My commission expires Hanover Twp., County of Luzerne   __Authority__
My Commission Expires May 6, 2004

PHONE (800) 251-4127    •    FAX (800) 848-1949    •    TDD/TTY (888) 833-7562    •    24 HRS/7 DAYS


S80110973156223994

L100    LPDEK1    4880