UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) *MBD* ) C~~OURT~~ NO. 04-MC-10136 |
| JAIME R. ESTE-MCDONALD | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| NORTH SHORE GENERAL VASCULAR ASSOCIATES | ) ) ) ) |
| Garnishee. | ) |

## NOTICE OF GARNISHMENT AND INSTRUCTIONS

TO:   Jaime R. Este-McDonald

You are hereby notified that the United States of America is taking a percentage of your wages, which is in the custody, possession, or control of North Shore General Vascular Associates, to apply to a $53,767.86 judgment entered against you on May 4, 2004 in the United States District Court for the District of Massachusetts.

Also, unless you file a written objection to the Garnishee's Answer and request a hearing within 20 days after you receive the Answer of the Garnishee, the Court will enter an Order attaching your wages to apply against the judgment owed the United States.

If you object to the Garnishee's Answer, your objection must state the reasons why your wages are not subject to attachment by the United States. You must file your objection with the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210.

The Court will schedule a hearing within 10 days after the date the objection is received by the Court, or as soon thereafter as practicable. The Court will give notice of the hearing date to all the parties.

A copy of your objection or other pleadings must also be served on: (1) Christopher R. Donato, Assistant U.S. Attorney, Financial Litigation Unit, 1 Courthouse Way, Suite 9200, Boston, MA 02210; and (2) North Shore General Vascular Associates, Human Resource, 480 Lynnfield Street, Lynn, MA 01904.

YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE MEANING OF THIS NOTICE.

                                          UNITED STATES OF AMERICA
                                          By its attorneys

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                          By:    /s/ Christopher R. Donato
                                          CHRISTOPHER R. DONATO
                                          Assistant U.S. Attorney
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA  02210
                                          (617) 748-3303

Dated: September 8, 2004