UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 04-MC-10136 |
| JAIME R. ESTE-MCDONALD | ) |
| | ) |
| Defendant, | ) |
| | ) |
| *and* | ) |
| | ) |
| NORTH SHORE GENERAL | ) |
| VASCULAR ASSOCIATES | ) |
| | ) |
| Garnishee. | ) |

CERTIFICATION OF SERVICE OF DOCUMENTS

The Plaintiff, United States of America, certifies that on the date set forth below the Defendant, Jaime R. Este-McDonald, last known address of 33 Kirkland Drive, Andover, MA 01810, was served by certified mail the following documents:

1. Copy of Application For Writ of Continuing Garnishment.

2. Copy of Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3. Clerk's Notice of Garnishment.

4. Notice of Garnishment and Instructions.

The United States of America further certifies that on the date set forth below, the Garnishee, North Shore General Vascular Assoc., Human Resource 480 Lynnfield Street, Lynn, MA 01904, was served by certified mail the following documents:

1. Copy of Application For Writ of Continuing Garnishment.

2. Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3. Answer of the Garnishee and accompanying instructions.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

Date:  September 24, 2004        By:    /S/ Christopher R. Donato
                                                      CHRISTOPHER R. DONATO
                                                      Assistant U.S. Attorney
                                                      1 Courthouse Way, Suite 9200
                                                      Boston, MA  02210
                                                      (617) 748-3303