UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) COURT NO. 04-MC-10136 |
| JAIME R. ESTE-MCDONALD, | ) |
| Defendant, | ) |
| *and* | ) |
| NORTH SHORE GENERAL VASCULAR ASSOCIATES, | ) |
| Garnishee. | ) |

## ANSWER OF THE GARNISHEE

<u>North Shore General and Vascular Associates, P.C.</u>, being duly sworn deposes and says:
         (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

   That he/she is Garnishee herein doing business in the name

of _____
         (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

   That he/she is member of _____, a partnership which Garnishee is a

partner.

IF GARNISHEE IS A CORPORATION:

   That he/she is the ___President___ (State Official Title) of Garnishee,

a corporation, organized under the laws of the State of __Massachusetts__ .

On <u>or about September 27, 2004</u>, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

Yes       No

_X_      ____

1. Defendant was in ~~my~~/our employ.

2. Pay period is ____ weekly, _X_ bi-weekly ____ semi-monthly, ____ monthly.

   Enter date present pay period began. __9/24/04__.

   (Present means the pay period in which this order and notice of garnishment were served)

   Enter date above pay period ends. __10/8/04__.

3. Enter amount of net wages. Calculate below:

   (a) Gross Pay
       (average since 1/04)            $ 5,631.58

   (b) Federal income tax
       (average since 1/04)            $   988.31

   (c) F.I.C.A. income tax
       (average since 1/04)            $   366.96

   (d) State income tax
       (average since 1/04)            $   276.51

       Total of tax withholdings       $ 1,631.78
       (average since 1/04)

       Net Wages                       $ 3,999.80
       (a less total of b,c,d)
       (average since 1/04)

4. Have there been previous garnishments in effect? Yes __X__ No ____

   If the answer is yes, describe below.

   1. Order to Withhold Income for Child Support dated 11/4/03 from State of Washington Department of Social and Health Services Division of Child Support. Current amount withheld per pay period is $323.10.

   2. Notice of Income Assignment dated 6/27/04 from the Commonwealth of Massachusetts Department of Revenue Child Support Enforcement Division. Current amount withheld per pay period is $259.80.

   3. IRS Levy dated approximately 7/30/04 in the amount of $139,814.45. Partial Release of Property From Levy dated 9/20/04 released all income greater than $2,000 per pay period. Current amount withheld per pay period is $2,000.

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor Maintains an interest, as described below: Not Applicable.

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

3

Garnishee anticipates owing to the judgment-debtor in the future the following amounts:

|    | Amount | Estimate Date or Period Due |
|----|--------|------------------------------|
| 1. | $5,631.58 (average since 1/04) | paid biweekly |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |

If you deny that you hold property subject to this order of garnishment, check the applicable line below:

\_\_\_\_ The Garnishee makes the following claim of exemption on the part of Defendant:

_____.

\_\_\_\_ The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

_____. The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest, and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to (1) Jaime R. Este-McDonald, 33 Kirkland Drive, Andover, MA 01810; and (2) Christopher R. Donato, Assistant U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

North Shore General & Vascular  
Associates, P.C.  
By  
*/s/ Hubert A. Johnson*  
Hubert A. Johnson M.D., F.A.C.S.  
President  
Garnishee

Subscribed and sworn to before me this _____ day of October, 2004.

_____  
Notary Public

My Commission expires:

By Counsel for North Shore General &  
Vascular  
Associates, P.C.

*/s/ Matthew T. Murphy*  
Matthew T. Murphy  
BBO No. 550742  
CASNER & EDWARDS, LLP  
303 Congress Street, 2nd Floor  
Boston, MA 02210  
(617) 426-5900

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following parties by mail on October 7, 2004.

> United States Attorney's Office
> Financial Litigation Division
> John Joseph Moakley United States Courthouse
> 1 Courthouse Way, Suite 9200
> Boston, MA 02210
>
> Jaime R. Este-McDonald
> 33 Kirkland Drive
> Andover, MA 01810

*/s/ Matthew T. Murphy*
Matthew T. Murphy

4061.0/333216.1