UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 04-MC-10136 |
| | ) |
| JAIME R. ESTE-MCDONALD, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| *and* | ) |
| | ) |
| NORTH SHORE GENERAL | ) |
| VASCULAR ASSOCIATES, | ) |
| | ) |
| Garnishee. | ) |

FILED
IN CLERKS OFFICE
2004 OCT -7 P 3: 34
U.S. DISTRICT COURT
DISTRICT OF MASS.

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for garnishee North Shore General & Vascular Associates, P.C.

Dated: October 7, 2004

NORTH SHORE GENERAL &
VASCULAR ASSOCIATES, P.C.
By its attorney,

_____
Matthew T. Murphy
BBO No. 550742
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210
(617) 426-5900

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following parties by mail on October 7, 2004.

>United States Attorney's Office
>Financial Litigation Division
>John Joseph Moakley United States Courthouse
>1 Courthouse Way, Suite 9200
>Boston, MA 02210
>
>Jaime R. Este-McDonald
>33 Kirkland Drive
>Andover, MA  01810

*Matthew T. Murphy*
Matthew T. Murphy

4061.0/334055.1