UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>            Plaintiff,     )<br>                                   )<br>    v.                             )<br>                                   )<br>JAIME R. ESTE-MCDONALD,     )<br>            Defendant,     )<br>                                   )<br>    and                         )<br>                                   )<br>NORTH SHORE GENERAL     )<br>VASCULAR ASSOCIATES,     )<br>            Garnishee.     ) | Court No. 04-MC-10136-DPW |

**MOTION FOR WITHDRAWAL OF APPLICATION
FOR WRIT OF CONTINUING GARNISHMENT**

Pursuant to 28 U.S.C. §3205(c)(10), the Plaintiff, United States of America, hereby moves to withdraw and otherwise terminates its Application for Writ of Continuing Garnishment filed on September 8, 2004, in the above-captioned proceeding because the defendant is no longer employed by the Garnishee.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3303

Date: September 7, 2006